UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                                                     :

**G&G CLOSED CIRCUIT EVENTS, LLC**,

                                          Plaintiff,                **ORDER ADOPTING REPORT AND RECOMMENDATION**

                         – against –                  23-CV-9098 (AMD) (JRC)

**ASHLEY LALMANSINGH,** and **ALL THINGZ LLC**,

                                        Defendants.
------------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

       The plaintiff brought this action against Ashley Lalmansingh and All Thingz LLC on December 12, 2023, alleging violations of the Federal Communications Act of 1934 ("FCA"), 47 U.S.C. §§ 553 and 605. (ECF No. 1.) The plaintiff served All Thingz LLC on January 30, 2024, (ECF No. 7), and Lalmansingh on February 10, 2024 (ECF No. 8), and filed proof of service on the docket. On March 18, 2024, following the defendants' failure to appear or otherwise defend this action, the plaintiff requested that the Clerk of Court issue a certificate of default. (ECF No. 10.) On March 20, 2024, the Clerk of Court entered the defendants' default. (ECF No. 12.)

       On December 5, 2024, the plaintiff filed a motion for default judgment. (ECF No. 20.)[1] The Court referred the motion to Magistrate Judge James R. Cho, who issued a report and recommendation on August 4, 2025, recommending that the Court grant the plaintiff's motion for default judgment. (ECF No. 28.) Judge Cho determined that the defendants were properly served, and that the defendants did not respond to the complaint or otherwise appear in the

---

[1] The plaintiff filed its first motion for default judgment on May 24, 2024. (ECF No. 15.) Judge Cho denied this motion on procedural grounds, without prejudice to renew. (*ECF Order dated July 9, 2024*.)

action. (*Id.* at 8.) Judge Cho also found that the plaintiff's factual allegations established that the defendants were liable for violations of the FCA. (*Id.* at 9–15). Judge Cho recommended that the plaintiff be awarded a default judgment in the amount of $9,281.30, consisting of $1,200 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), $3,600 in enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), $3,867.50 in attorneys' fees, and $613.80 in costs. (*Id.* at 23.) No party has filed an objection to the report and recommendation and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014).

The Court has carefully reviewed Judge Cho's thorough report and recommendation for clear error and finds none. Accordingly, the Court adopts the report and recommendation in its entirety. The plaintiff's motion for default judgment is granted and the Clerk of Court is respectfully directed to enter the attached order and final default judgment.

**SO ORDERED.**

s/Ann M. Donnelly
_____
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
      August 19, 2025